

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2014

No. 04-14-00051-CR

Taylor Rae **ROSENBUSCH**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR11074
Honorable Dick Alcala, Judge Presiding

## O R D E R

Sitting:      Catherine Stone, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

On February 5, 2014, this court dismissed Appellant's appeal number 04-14-00051-CR for want of jurisdiction. On March 25, 2014, Appellant moved this court to issue its mandate. *See* TEX. R. APP. P. 18.1(c). Appellant asserts the State does not oppose this motion.

Appellant's motion is GRANTED. We direct the clerk of this court to issue the mandate immediately. *See id.*

It is so **ORDERED** on the 27th day of March, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court